1  
2  CENTER FOR DISABILITY ACCESS  
   RAY BALLISTER, JR., ESQ., SBN 111282  
3  RUSSELL HANDY, ESQ., SBN 195058  
   FAYTHE GUTIERREZ, ESQ., SBN 310430  
4  8033 LINDA VISTA ROAD, SUITE 200  
   SAN DIEGO, CA 92111  
5  (858) 375-7385; (888) 422-5191 FAX  
   FAYTHEG@POTTERHANDY.COM  
6      ATTORNEYS FOR PLAINTIFF  
7  
8                UNITED STATES DISTRICT COURT  
9                CENTRAL DISTRICT OF CALIFORNIA  
10  
11  
12 **Orlando Garcia**,                | Case 2:20-CV-02491-MWF-KS
13         Plaintiff,                  | **Plaintiff's Application for Default Judgment by Court Against Mancora Peruvian Cuisine Inc.**
14    v.
15 **Mancora Peruvian Cuisine Inc.,** a California Corporation;    | Date:  August 24, 2020
16 and Does 1-10,                     | Time:  10:00 a.m.
                                       | Ctrm:  5A
17         Defendants.
18
19
20
21         To Defendant Mancora Peruvian Cuisine Inc., and the attorneys of
22  record, if any: Please take notice that on August 24, 2020, at 10:00 a.m., or
23  as soon thereafter as this matter may be heard by this Court located at the
24  First Street Courthouse, 350 W. 1st Street, Courtroom 5A, Los Angeles,
25  California 90012, Plaintiff Orlando Garcia, will present his application for
26  default judgment against defendants Mancora Peruvian Cuisine Inc. The
27  Clerk has previously entered the default on Mancora Peruvian Cuisine Inc.,
28  on April 16, 2020.

1   At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Mancora Peruvian Cuisine Inc. is an entity and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Mancora Peruvian Cuisine Inc. has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $5,114.50, in attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendant to provide accessible wheelchair accessible dining surfaces and wheelchair accessible restroom at Mancora Peruvian Cuisine restaurant at 283 S. Atlantic Blvd., Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Mancora Peruvian Cuisine Inc., on July 15, 2020, by first class United States Mail, postage prepaid.

Dated: July 15, 2020                CENTER FOR DISABILITY ACCESS

By: /s/ Faythe Gutierrez
Faythe Gutierrez, Esq.,
Attorney for Plaintiff