JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, an individual, | Case No. 2:20-cv-2491-MWF-KS |
| Plaintiff, | Before the Honorable Michael W. Fitzgerald |
| v. | |
| MANCORA PERUVIAN CUISINE, INC., a California Corporation; and DOES 1 through 10, inclusive, | **DEFAULT JUDGMENT** |
| Defendants. | |

   The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff Orlando Garcia's Motion for Default Judgment (the "Motion"). (Docket No. 25).

   Defendant Mancora Peruvian Cuisine, Inc. was regularly served with process, but failed to retain counsel or otherwise defend this action. Default was entered against Defendant on April 16, 2020. (Docket No. 14). Plaintiff has now requested entry of default judgment against the defaulted Defendant. Having considered

1

Plaintiff's Motion and supporting papers, and good cause appearing under Rules 54, 55(b), 58, and 65(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Plaintiff be entered as follows:

1. Defendant shall be liable to Plaintiff for a total of $3,305.38, which is inclusive of special damages in the amount of $2,775.38 in attorneys' fees and $530 in costs.
2. Defendant is enjoined to provide wheelchair accessible dining surfaces and a wheelchair accessible restroom at the Restaurant located at 283 S. Atlantic Blvd., East Los Angeles, California, 90022, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: August 20, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge